IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) CASE NO.: CR507-13<br>) |
| v. | ) |
| KENNETH LAMER CHAPPLE | )<br>) |

## ORDER

The Court has been advised that all motions filed in this case have been resolved by the parties.

Accordingly, all such resolved motions are hereby **DISMISSED** as moot.

**SO ORDERED**, this 26th day of November, 2007.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE